IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-cr-00343-LSC-FG3 |
| vs. | ) | |
| | ) | **ORDER** |
| **JUAN OCAMPO-JAIMES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial (#21). Based on defense counsel's professional representation that he will be in trial on November 23, 2010 in another case,

**IT IS ORDERED** that the motion to continue trial (#21) is granted, as follows:

1. The jury trial now set for November 23, 2010 is continued to **January 4, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **November 23, 2010 and January 4, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED November 19, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**